JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO LOMELI, , <br><br> Plaintiffs, <br><br> v. <br><br> ARVATO DIGITAL SERVICES, LLC, et al., <br><br> Defendants. | Case No. 5:23-cv-01894-SB-SHK <br><br> **ORDER DISMISSING CASE ON STIPULATION [DKT. NO. 26]** |

On October 31, 2023, the parties filed a joint status report indicating they had agreed to dismiss all non-individual class claims and to arbitrate all of Plaintiff's individual claims. Dkt. No. 20. The status report requested fifteen days to decide whether Plaintiff would seek to add claims under California's Private Attorney's General Act (PAGA) or instead dismiss the action and file a new complaint in state court. *Id*. On November 3, 2023, the Court ordered the parties to submit a joint stipulation dismissing the agreed-upon claims. Dkt. No. 24. In the same order, the Court ordered Plaintiff to file an amended complaint asserting his PAGA claims by November 15 if he sought to pursue them in federal court. *Id.* On November 6, the parties submitted a stipulation dismissing all non-individual class claims without prejudice and dismissing all individual claims and submitting them to arbitration.

Dkt. No. 26. Plaintiff has not filed an amended complaint asserting his PAGA claims, and it is now past the deadline ordered for doing so. Accordingly, on the stipulation of the Parties, **IT IS ORDERED** that:

1. All of Plaintiff's non-individual class claims are dismissed without prejudice;

2. All of Plaintiff's individual claims are dismissed and submitted to individual Arbitration.

The clerk is directed to close the case.

Dated: November 20, 2023

Stanley Blumenfeld, Jr.
United States District Judge